No. 10-5132. Gregory L. Wilson, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 246, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6300.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 369 Fed. Appx. 522.

No. 10-5133. Eric Emanuel Taylor, Petitioner v. Mark S. Davis, Judge, United States District Court for the Eastern District of Virginia.

562 U.S. 905, 131 S. Ct. 246, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 7379.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-5136. Jose Miguel Perez, Petitioner v. Michael A. Georgelis, et al.

562 U.S. 905, 131 S. Ct. 246, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6923.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 788.

No. 10-5137. Jason E. Clinton, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 246, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6960.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 591 F.3d 968.

No. 10-5138. Julio Cartagena, aka Jose Mejia, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 247, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6834.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 593 F.3d 104.

No. 10-5139. Mark Curry, Petitioner v. Hugh Wolfenbarger, Warden.

562 U.S. 905, 131 S. Ct. 247, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6927.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5140. Jose Luis Ramirez-Esqueda, Petitioner v. United States.

562 U.S. 905, 131 S. Ct. 249, 178 L. Ed. 2d 164, 2010 U.S. LEXIS 6939.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 596 F.3d 1017.